**DENY; and Opinion Filed May 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00607-CV

### IN RE SIDNEY BIGHAM, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Lang-Miers

Relator filed this petition for writ of habeas corpus requesting that the Court compel the return of his children from the party to whom the trial court has awarded possession pursuant to temporary orders and a temporary restraining order. The facts and issues are well known to the parties so we need not recount them herein. Relator has filed no record in support of his petition for writ of habeas corpus. To be entitled to a writ of habeas corpus, if the right of possession of a child is governed by court order, relator must show he is entitled to possession under that court order. TEX. FAM. CODE ANN. § 157.372(a) (West 2014). Relator refers in his petition to temporary orders and a temporary restraining order impacting his ability to gain possession of the children, but has not included those orders in the record. The lack of record in this case is not only a procedural defect, TEX. R. APP. P. 52.3(k), 52.7; *In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, no pet.) (Parties seeking extraordinary relief must follow the applicable procedural rules including obligation to provide the reviewing court with a complete

and adequate record.); it is also fatal to his claim. TEX. FAM. CODE ANN. § 157.372(a)  *In re Kubankin*, 257 S.W.3d 852, 858 (Tex. App.—Waco 2008, orig. proceeding).  Accordingly, we **DENY** the petition for writ of habeas corpus.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


140607F.P05